# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ALEXIS EVERINGTON<br><br>and<br><br>RICHARD WHITE<br><br>    Plaintiffs,<br><br>v.<br><br>TIMOTHY J. RIESEN<br><br>    Defendant. | Case No.: |

## PLAINTIFFS ALEXIS EVERINGTON AND RICHARD WHITE'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF

OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully Submitted,

SISCO-LAW

_____
Dale R. Sisco
dsisco@sisco-law.com
Florida Bar No. 559679
Peter A. Luccarelli, III
pluccarelli@sisco-law.com
Florida Bar No. 1030952
Cynthia Sonnemann
csonnemann@sisco-law.com
Florida Bar No. 605581
777 S. Harbour Island Blvd.
Suite 320
Tampa, FL 33602
(813) 224-0555
(813) 221-9736 Facsimile
*Counsel for the Plaintiffs Alexis Everington and Richard White*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2023, a true and correct copy of the foregoing has been furnished via mail or filed electronically via CM/ECF to all counsel of record and to the following parties:

Timothy J. Riesen
212 Cosmopolitan Ct.
Sarasota, FL 34236-6893

_____
Attorney