

# MADISON SPRINGFIELD INCORPORATED

**Richard White**
Principal

Office:  +44 (0) 2081 447 730
Mobile: +44 (0) 7799 066 987
richard.white@madisonspringfield.com

EXHIBIT "F"