**Figure 1: Team MSI GRAP Organization Chart**



*MSI's vast experience with supporting MISO projects in challenging environments establishes an efficient corporate structure that incorporates an innovative management approach with sufficient reach back.*

All team members actively involved in the task order work report to our GRAP PM. He will exercise continuous leadership, management, oversight and auditing of Task Order projects to ensure standardized subcontractor project management, schedule and quality, and funding limits.

Mr. Christian exclusively manages the GRAP program and is empowered with full authority to make decisions necessary to ensure successful delivery of the program objectives. The PM is supported by MSI's Research, Analysis, and SME Project Component Leads: Mr. Alexis Everington, Mr. Richard White and Ms. Laura Duboisse. All Project Component Leads report directly to the PM, who has reach back into all corporate resources and support functions. The PM reports to MSI's VP of Operations, John Legters, who oversees all of MSI's programs and provides strategic technical and corporate level support.

Ms. Terry Whited, MSI's Director of Contracts, and Ms. Kelly Huyghebaert, MSI's Business Operations Manager, support Mr. Christian on contract and business administration activities. Business administration and contract management functions report to Ingrid de la Fuente, VP of Business Development, who facilitates team member selection on the Task Order level in close collaboration with the PM, the Project Component Leads, MSI's VP of Operations and CEO.

## 1.1.2.   STAFF EXPERIENCE AND RESPONSIBILITIES

Our program staff provides USSOCOM with the capabilities and level of experience necessary to respond rapidly and effectively to upcoming requirements. MSI has established a PMO in Tampa to respond rapidly to USSOCOM GRAP requirements, ensuring exceptional customer service and efficient program management. Our GRAP PM is supported in Tampa by our Director of Contracts. Table 2 shows our dedicated key personnel's experience and

Source Selection Information • Madison Springfield Incorporated
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

**EXHIBIT "G"**