**DUNLAP BENNETT & LUDWIG**

CONFIDENTIAL

**8300 Boone Blvd., Suite 250**
**Vienna, Virginia 22182**
**Phone: (703) 777-7319**
**Fax: (703) 777-3656**
**www.dbllawyers.com**

**Roy R. Morris**
**rmorris@dbllawyers.com**

August 3, 2022
Supplemented September 13, 2022

**VIA ELECTRONIC MAIL**

Alexis Everington (alexis@internationaladvisoryservices.com)
Richard White (richard@internationaladvisoryservices.com)
International Advisory Services

      Re:      <u>CONFIDENTIAL: Summary of Transaction Terms</u>

Messrs. Everington and White:

Pursuant to a Bonus Agreement dated as of May 10, 2022 between Madison Springfield Inc. (MSI) and International Advisory Services (IAS), IAS was paid $2 million upon on the acquisition of MSI by a company we will call Ultimate Parent on or about June 7, 2022 (the Transaction). The payment was made by Cortland Capital Markets Services on behalf of MSI. I understand that Tim Riesen is committed to paying IAS another $4 million if and when he is able to liquidate shares he acquired in the Transaction, as detailed below.

Under Section 11.3 of the acquisition agreement, the Stockholder Representative (Tim Riesen) is permitted to disclose information relating to the Transaction to "employees, advisors, agents or consultants of the Stockholder Representative and to the Indemnifying Parties, in each case to only those parties who have a need to know such information, *provided* that such persons are subject to confidentiality obligations with respect thereto which contain confidentiality restrictions consistent with the Confidential Disclosure Agreement."

You have executed the previously provided Confidential Disclosure Agreement and you have represented to the Stockholder Representative that you have a need to know the transaction terms. Accordingly, at the request of the Stockholder Representative, I am providing the below summary of the material transaction terms.

**EXHIBIT "H"**