IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXIS EVERINGTON, and
RICHARD WHITE,

    Plaintiffs,

v.                                                    Case No: 8:23-cv-02386-JLB-NHA

TIMOTHY J. RIESEN,

    Defendant.

_____/

**DEFENDANT'S AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' OPPOSED MOTION TO COMPEL AND TO RESCHEDULE THE HEARING SCHEDULED FOR JULY 7, 2025 AT 8:30 A.M.**

Defendant, Timothy J. Riesen (the "Defendant" or "Riesen"), by and through undersigned counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves to: (1) extend his deadline to respond to the Opposed Motion to Compel Defendant to Produce All Documents Responsive to Plaintiffs' First Request for Production of Documents and to Answer the First Set of Interrogatories (Doc. 54) (the "Motion to Compel"), filed by the Plaintiffs, Alexis Everington and Richard White (collectively, the "Plaintiffs") through and including July 7, 2025, and (2) reschedule the July 7, 2025 hearing for a mutually agreeable date due to the unavailability of counsel for Defendant. In support, the

Defendant states as follows:

1. The Plaintiffs filed the Motion to Compel on April 30, 2025.

2. The Defendant's deadline to respond to the Motion to Compel is June 27, 2025.

3. Federal Rule of Civil Procedure 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

4. Here, there is good cause to grant the Defendant a brief extension of time to file a response to the Motion to Compel. The parties are conferring about the issues outlined in the Motion to Compel and anticipate substantially narrowing the disputed issues before the Court. Additional time is necessary to determine if an agreement can be reached. Therefore, Defendant requests an extension to either inform the Court the parties have reached a resolution or respond substantially to the Motion to Compel. In addition, counsel for Defendant is not available on July 7, 2025. Therefore, the Defendant requests that the Court reschedule the hearing as necessary for a date mutually agreeable to the parties.

5. Undersigned counsel has conferred with counsel for the Plaintiffs and all parties agree to the relief requested in this instant motion.

WHEREFORE, the Defendant respectfully requests that the Court grant this motion, extend the Defendant's deadline to respond to the Motion to Compel, through and including July 7, 2025 and reschedule the hearing currently set for July 7, 2025 on the Motion to Compel, and grant the parties such additional relief as is just and proper.

DATED: June 27, 2025.

RESPECTFULLY SUBMITTED,

*/s/ Erik Johanson*
Erik Johanson, Esq.
Florida Bar No. 106417
Joseph R. Boyd, Esq.
Florida Bar No. 1039873
ERIK JOHANSON PLLC
3414 W Bay to Bay Blvd
Suite 300
Tampa, Florida 33629
(813) 210-9442
erik@johanson.law
jr@johanson.law
ecf@johanson.law

H. Scott Johnson, Jr., Esq.
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 250
Vienna, Virginia 22182
(703) 777-7319 (Tel.)
sjohnson@dbllawyers.com
(admitted *pro hac vice*)

**Counsel for Defendant Timothy J. Riesen**

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on this 27th day of June 2025 via the Court's CM/ECF filing system to the following counsel of record:

Dale R. Sisco
Florida Bar No. 55979
Peter A. Luccarelli
Florida Bar No. 1030952
Cynthia Sonnemann
Florida Bar No. 605581
SISCO-LAW
dsisco@sisco-law.com
pluccarelli@sisco-law.com
Csonnemann@sisco-law.com
777 S. Harbour Island Blvd.,
Suite 320
Tampa, Florida 33602
(813) 224-0555
(813) 221-9736 Facsimile
*Counsel for Plaintiffs*

                                            */s/ Erik Johanson*
                                            Erik Johanson, Esq.