## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ALEXIS EVERINGTON, and
RICHARD WHITE,

      Plaintiffs,

v.                                  Case No: 8:23-cv-02386-JLB-NHA

TIMOTHY J. RIESEN,

      Defendant.

_____/

### DEFENDANT'S RESPONSE TO RENEWED MOTION TO COMPEL

Defendant, Timothy J. Riesein (the "Defendant"), by and through undersigned counsel, responds to the Renewed Motion to Compel (Doc. No. 65) (the "Motion"). In support, the Defendant states as follows:

1. The Plaintiffs filed the Motion on June 13, 2025. Through the Motion, the Plaintiffs request, in general terms, that the Defendant "produce responsive documents and fully answer the interrogatories." The Motion indicates that the parties anticipated continuing the meet and confer process to attempt to resolve this matter informally.

2. On Friday, June 27, 2025, counsel for the parties conducted a meet and confer at which the Defendant indicated he would produce the categories of documents he understands to be implicated by the Motion pursuant to the terms

1

of a mutually agreeable form of protective order.  On Monday, June 30, 2025, counsel for the Defendant circulated a proposed form of protective order for review by counsel for the Plaintiffs.  On July 7, 2025, counsel for the Plaintiffs provided revisions to the proposed motion.  The parties anticipating finalizing and filing the motion for protective order in the coming days.

3.    Based on the progress made, the Defendant believes the relief sought in the Motion has been rendered moot and that the Plaintiffs will be withdrawing the Motion.  To the extent that there remain unresolved discovery issues following the production of documents pursuant to the forthcoming protective order that cannot be resolved through the meet and confer process, the Defendant requests that the Plaintiffs supplement or renew the Motion to specifically identify such issues.

**WHEREFORE**, Defendant respectfully request that the Court deny the Motion, and grant the parties such additional relief as is just and proper.

DATED: July 7, 2025.

RESPECTFULLY SUBMITTED,

*/s/ Erik Johanson*
Erik Johanson, Esq.
Florida Bar No. 106417
Joseph R. Boyd, Esq.
Florida Bar No. 1039873
ERIK JOHANSON PLLC
3414 W Bay to Bay Blvd
Suite 300

2

Tampa, Florida 33629
(813) 210-9442
erik@johanson.law
jr@johanson.law
ecf@johanson.law


H. Scott Johnson, Jr., Esq.
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 250
Vienna, Virginia 22182
(703) 777-7319 (Tel.)
sjohnson@dbllawyers.com
(admitted *pro hac vice*)

**Counsel for Defendant Timothy J.   Riesen**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on this 7th day of July

2025 via the Court's CM/ECF filing system to the following counsel of record:

Dale R. Sisco
Florida Bar No. 55979
Peter A. Luccarelli
Florida Bar No. 1030952
Cynthia Sonnemann
Florida Bar No. 605581
SISCO-LAW
dsisco@sisco-law.com
pluccarelli@sisco-law.com
Csonnemann@sisco-law.com
777 S. Harbour Island Blvd.,
Suite 320
Tampa, Florida 33602
(813) 224-0555
(813) 221-9736 Facsimile
*Counsel for Plaintiffs*

3

/s/ Erik Johanson
Erik Johanson, Esq.