IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXIS EVERINGTON, and
RICHARD WHITE,

    Plaintiffs,

v.                                    Case No: 8:23-cv-02386-JLB-NHA

TIMOTHY J. RIESEN,

    Defendant.
_____/

## NOTICE OF MEDIATION

Defendant, Timothy J. Riesen ("Defendant"), by and through undersigned counsel, hereby notifies the Court that the Parties have jointly selected Joseph H. Varner, III of Holland & Knight, LLP, 100 North Tampa Street, Suite 4100, Tampa, Florida 33602; Tel: (813) 227-6703 to serve as mediator in the above-captioned case and have agreed to conduct an in person mediation conference on August 11, 2025.

DATED: July 30, 2025.

                                      RESPECTFULLY SUBMITTED,

                                      */s/ Erik Johanson*
                                      Erik Johanson, Esq.
                                      Florida Bar No. 106417
                                      Joseph R. Boyd, Esq.
                                      Florida Bar No. 1039873
                                      ERIK JOHANSON PLLC
                                      3414 W Bay to Bay Blvd
                                      Suite 300
                                      Tampa, Florida 33629

(813) 210-9442
erik@johanson.law
jr@johanson.law
ecf@johanson.law

H. Scott Johnson, Jr., Esq.
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 250
Vienna, Virginia 22182
(703) 777-7319 (Tel.)
sjohnson@dbllawyers.com
(admitted *pro hac vice*)
**Counsel for Defendant Timothy J. Riesen**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served on this 30th day of July 2025 via the Court's CM/ECF filing system to the following counsel of record:

Dale R. Sisco
Florida Bar No. 55979
Peter A. Luccarelli
Florida Bar No. 1030952
Cynthia Sonnemann
Florida Bar No. 605581
SISCO-LAW
dsisco@sisco-law.com
pluccarelli@sisco-law.com
Csonnemann@sisco-law.com
777 S. Harbour Island Blvd.,
Suite 320
Tampa, Florida 33602
(813) 224-0555
(813) 221-9736 Facsimile
*Counsel for Plaintiffs*

                                          */s/ Erik Johanson*
                                          Erik Johanson, Esq.