UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEX EVERINGTON and
RICHARD WHITE

    Plaintiffs,

v.                                      Case No.:  8:23-cv-2386-JLB-NHA

TIMOTHY J. RIESEN,

    Defendant.
_____/

**FIFTH AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

In accordance with the Court's August 10, 2025 Order (Doc. 79), the Court enters this Fifth Amended Case Management and Scheduling Order and sets the following deadlines and scheduling events:

| DEADLINE | DATE |
|---|---|
| **Discovery and Motions to Compel Discovery** | 10/17/2025 |
| **Motions for Class Certification (if applicable)** | N/A |
| **Mediation**[1] | 9/12/2025<br><br>Joseph H. Varner, III<br>100 North Tampa Street, Suite 4100<br>Tampa, Florida 33602<br>(813) 227-6703 |
| **Dispositive and *Daubert* Motions**[2] | 11/30/2025 |

---

[1] The Court notes that the parties were due to mediate on August 11, 2025 (Doc. 78). The Court has not yet received a mediation report. If mediation was not held on that date, the Court will extend the deadline to September 12, 2025.

[2] *Daubert* motions must not be titled or filed as motions to strike. When filing on CM/ECF, use the "In Limine" event under Civil Events-Motions.

| DEADLINE | DATE |
|---|---|
| **Final Pretrial Meeting** | 3/6/2026 |
| **Motions in Limine** | 3/17/2026 |
| **Joint Final Pretrial Statement, Proposed Jury Instructions and Verdict Form, and Trial Briefs (if applicable)** | 3/23/2026 |
| **Final Pretrial Conference** | 4/2/2026 |
| **Monthly Trial Term** | 4/6/2026 |
| **Estimated Length of Trial** | 3 days |
| **Jury or Non-Jury** | Jury |

All other provisions of the Court's previous Fourth Amended Case Management and Scheduling Order (Doc. 62) shall remain in effect.

**DONE** and **ORDERED** in Tampa, Florida, on August 14, 2025.

*/s/ John L. Badalamenti*
John L. Badalamenti
United States District Judge

Copies to: All Parties of Record

2