UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXIS EVERINGTON and
RICHARD WHITE,

    Plaintiffs,

v.                              Case No. 8:23-cv-02386-JLB-NHA

TIMOTHY J. RIESEN,

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's January 30, 2024 Case Management and Scheduling Order [DE 18], the mediation occurred on August 11, 2025. All parties and counsel appeared as ordered, and the parties reached an impasse.

    Respectfully submitted,

    */s/ Joseph H. Varner, III*
    Signature of Mediator

    Joseph H. Varner, III
    Florida Bar 394904
    HOLLAND & KNIGHT LLP
    100 N. Tampa Street, Suite 4100
    Tampa, FL 33602
    Telephone: (813) 227-6703
    joe.varner@hklaw.com
    Secondary: gloria.mcknight@hklaw.com